# Third District Court of Appeal

## State of Florida

Opinion filed August 20, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1362
Lower Tribunal No. 16-2257-CA-01
_____

**Lucyann Kuznitz,**
Appellant,

vs.

**Homeowners Choice Property & Casualty Insurance Company,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Neblett Law Group, and David A. Neblett and James M. Mahaffey III, for appellant.

Bush Ross, P.A., and Bryan D. Hull (Tampa), for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

GORDO, J.

**ON ORDER TO SHOW CAUSE**

Appellant Lucyann Kuznitz ("Kuznitz") appeals a non-final order denying her renewed motion to enforce settlement agreement and for reconsideration.

On July 23, 2025, this Court ordered Kuznitz to show cause as to why this appeal should not be dismissed as taken from a non-final, non-appealable order. Upon review of the response, we dismiss the appeal for lack of jurisdiction as it arises from a non-final, non-appealable order. See Dexx Med. Indus., CA v. Fitesa Naotecidos S.A., 346 So. 3d 1215, 1217 (Fla. 3d DCA 2022) ("Our appellate jurisdiction to review non-final orders is limited to only those orders specifically listed in rule 9.130(a)(3)."); Fla. R. App. P. 9.130(a)(3)(C)(ix) (authorizing appeals of non-final orders determining "that, as a matter of law, a settlement agreement is unenforceable, is set aside, or never existed"); Nuñez v. Casals, 393 So. 3d 754, 754 (Fla. 3d DCA 2024) ("Because the trial court's order . . . did not expressly determine, as a matter of law, that a settlement agreement never existed, we dismiss the appeal for lack of jurisdiction.").

Dismissed.